IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ARROW ELECTRONICS, INC.,

      Plaintiff,

  v.

DRAGONWAVE-X, LLC and COMSOVEREIGN HOLDING CORP., f/k/a
COMSOVEREIGN CORP.,

      Defendants.

---

## COMPLAINT AND JURY DEMAND

Plaintiff Arrow Electronics, Inc. ("Arrow") alleges the following for its Complaint and

Jury Demand (the "Complaint") against DragonWave-X, LLC ("DragonWave-X") and its

corporate parent ComSovereign Holding Corp., f/k/a ComSovereign Corp. (together,

"ComSovereign"):

### NATURE OF THE ACTION

1.      In a November 2019 Forbearance Agreement with Arrow (the "Agreement" or

"Agmt.," attached hereto as **Ex. 1**), DragonWave-X and ComSovereign admitted that they owed

Arrow $654,456.10.  This amount comprised past-due payment for merchandise that Arrow

supplied to DragonWave-X; past-due payment for non-cancelable non-returnable merchandise

("NCNR Merchandise") that DragonWave-X ordered from Arrow; and interest charges, carrying

costs, and fees accrued by Arrow.

2.      Under the Agreement, Arrow agreed to accept installment payments from

DragonWave-X and ComSovereign in lieu of immediate payment, while reserving the right to sue in Colorado for the full payment, including interest and attorneys' fees, if DragonWave-X and ComSovereign failed to timely pay under the Agreement.

3.     After paying Arrow the first installment due under the Agreement, DragonWave-X and ComSovereign failed to pay the second installment, so Arrow gave notice to DragonWave-X and ComSovereign on December 18, 2019 that they had defaulted and had to cure the default by December 23, 2019, or Arrow would proceed to enforce its legal rights.

4.     DragonWave-X and ComSovereign failed to timely cure their default.

5.     Pursuant to the Agreement, Arrow now brings suit to recover the remaining principal due under the Agreement—$605,456.10—plus contractual interest, attorneys' fees, and costs of more than $125,000.00.

## PARTIES, JURISDICTION, AND VENUE

6.     Plaintiff Arrow Electronics, Inc. is a New York corporation with its principal place of business at 9201 East Dry Creek Road in Englewood, Colorado.

7.     Arrow is a global provider of electronics products, services, and solutions for industrial and commercial users.

8.     Defendant DragonWave-X, LLC is an Arizona limited liability company and, according to the Arizona Corporation Commission, its sole member is ComSovereign Corp.

9.     ComSovereign Corp., according to the Delaware Secretary of State, is a Delaware corporation with its principal place of business at 6600 North Eagle Ridge Drive in Tucson, Arizona.  ComSovereign Corp. also operates from the address 6969 East Sunrise Drive, Suite 100 in Tucson, Arizona.

10.     ComSovereign Holding Corp. is a Nevada corporation and, according to its SEC filings, its principal place of business is 5000 Quorum Drive, Suite 400 in Dallas, Texas.

11.     On information and belief, Dragonwave-X, LLC was a subsidiary of ComSovereign Corp.

12.     On or about December 4, 2019, ComSovereign Corp. merged with non-party Drone Aviation Holding Corp. to form ComSovereign Holding Corp. (the "Merger").

13.     On information and belief, pursuant to the Merger, ComSovereign Holding Corp. assumed all of ComSovereign Corp.'s obligations, including its obligations to Arrow under the Agreement.

14.     This Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a).  Complete diversity exists between the parties, and the amount-in-controversy exceeds $75,000.00, excluding interest and costs.

15.     Venue is proper in the United States District Court for the District of Colorado because, pursuant to the Agreement, DragonWave-X, LLC and ComSovereign Corp. consented to venue in this District.  (Agmt. ¶ 8.)  ComSovereign Holding Corp. also has consented to venue in this District, because through the Merger it succeeded to the Agreement and the venue clause therein.  Venue is also proper under 28 U.S.C. § 1391(b), because a substantial portion of the events or omissions giving rise to the claims herein occurred in this District.

16.     This Court has personal jurisdiction over DragonWave-X, LLC and ComSovereign Corp. because, pursuant to the Agreement, DragonWave-X, LLC and ComSovereign Corp. consented to personal jurisdiction in Colorado.  (Agmt. ¶ 8.) ComSovereign Holding Corp. also has consented to personal jurisdiction in Colorado, because

through the Merger it succeeded to the Agreement and the personal jurisdiction clause therein.

Further, each of the Defendants—through the actions of their shared agent, Daniel Hodges, and

other employees—purposefully directed e-mails, phone calls, orders, payments, negotiations,

contracts, and other business into Colorado in dealing with Arrow in relation to the matters

giving rise to the claims herein.

## GENERAL ALLEGATIONS

*Arrow Supplies DragonWave-X with Merchandise, and DragonWave-X Orders NCNR*
*Merchandise*

17.     In November and December 2018, Arrow delivered merchandise to DragonWave-

X worth $124,706.10, and Arrow invoiced DragonWave-X for the deliveries.  (Agmt. ¶ 2.)

18.     DragonWave-X also agreed to take delivery of and pay Arrow for NCNR

Merchandise worth $519,750.00.  (*Id.*)

19.     On December 13, 2018, DragonWave-X defaulted on its obligations to Arrow.

(Agmt. ¶ 7.)

*The Forbearance Agreement*

20.     In November 2019, Arrow, DragonWave-X, and its corporate parent

ComSovereign entered into the Agreement, under which Arrow agreed to forbear from taking

legal action against DragonWave-X or ComSovereign for the failure to pay Arrow, but only if

DragonWave-X and ComSovereign met payment obligations established in the Agreement.

(Agmt. Recital & ¶ 6.)

21.     Per the Agreement, DragonWave-X and ComSovereign acknowledged

indebtedness to Arrow for $654,456.10, comprising the past-due payments for delivered and

NCNR Merchandise, as well as $10,000.00 for accrued interest charges, carrying costs, and fees.

(Agmt. ¶¶ 2, 3.)

22.     DragonWave-X and ComSovereign agreed to pay Arrow $654,456.10.  (Agmt. ¶ 4.)

23.     DragonWave-X and ComSovereign agreed to repay Arrow in 13 installments, with the first due November 15, 2019.  (Agmt. ¶ 4)

24.     DragonWave-X and ComSovereign also agreed that, if they defaulted on their obligations under the Agreement, upon five days written notice and an opportunity to cure, Arrow would be entitled to recover by litigation the total principal—$654,456.10—less any payments made under the Agreement (Agmt. ¶ 7.)

25.     DragonWave-X and ComSovereign further agreed that, if they defaulted on their obligations under the Agreement and failed to cure, Arrow was entitled to interest on the unpaid principal at the rate of 18% per year from the date of the initial default in December 2018, as well as reasonable attorneys' fees and costs.  (*Id.*)

26.     Additionally, DragonWave-X and ComSovereign agreed that, if they defaulted on their obligations under the Agreement and failed to cure, Arrow was relieved of any obligation to deliver the NCNR Merchandise that DragonWave-X had ordered, and was entitled to dispose of that merchandise as it saw fit.  (*Id.*)

27.     Finally, DragonWave-X and ComSovereign consented to service of process by mail, effective upon receipt, for any action related to the Agreement.  (Agmt. ¶ 8.)

*DragonWave-X and ComSovereign's Unpaid Obligations to Arrow Under the Agreement*

28.     DragonWave-X and ComSovereign's first installment under the Agreement, of $50,000.00, was due November 15, 2019.

5

29.     DragonWave-X and ComSovereign failed to timely pay Arrow the first installment.

30.     While expressly reserving all its other rights, and in light of the anticipated Merger between ComSovereign Corp. and non-party Drone Aviation Holding Corp., Arrow agreed to accept late payment from DragonWave-X and ComSovereign of the first installment, in exchange for a $1,000.00 additional payment.

31.     Before the Merger, in November and December of 2019, ComSovereign Corp.'s Chairman and CEO, Daniel Hodges, repeatedly acknowledged DragonWave-X and ComSovereign's indebtedness to Arrow under the Agreement and assured Arrow that payment was forthcoming, including the $1,000.00 additional payment.

32.     On December 4, 2019, after the Merger, Mr. Hodges, in his new capacity as Chairman and CEO of ComSovereign Holding Corp., paid Arrow the first installment due under the Agreement but not the additional $1,000.00.

33.     Following the Merger, in December 2019, Mr. Hodges, in his capacity as Chairman and CEO of ComSovereign Holding Corp., repeatedly acknowledged ComSovereign's indebtedness to Arrow and represented that payment was forthcoming.

34.     While expressly reserving all its other rights, Arrow agreed to accept late payment of the second installment under the Agreement.

35.     Dragonwave failed to pay the second installment.

36.     On or around December 18, 2019, Arrow notified DragonWave-X and ComSovereign that they had not tendered payment for the second installment, and Arrow demanded that they cure this default by December 23, 2019 by paying the second installment,

plus the $1,000.00 that DragonWave-X and ComSovereign agreed to pay as consideration for Arrow accepting late payment.

37.     In early January 2020, ComSovereign Holding Corp.'s CFO, Brian Mihelich, reaffirmed that ComSovereign was indebted to Arrow under the Agreement and represented that payment was forthcoming.

38.     Nevertheless, despite Arrow's demand to cure and ComSovereign's principals' representations that payment was forthcoming, DragonWave-X and ComSovereign never paid Arrow the second installment. ComSovereign is therefore in default under the Agreement, and the cure period has lapsed.

39.     DragonWave-X and ComSovereign owe Arrow $605,456.10 in principal under the Agreement.

40.     Between the initial December 13, 2018 default and January 2020, approximately $118,000.00 in interest has accrued on the outstanding principal at the contractual rate of 18% per year.

41.     Arrow also has incurred approximately $10,000.00 in attorneys' fees and costs, to date, related to this matter.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

42.     The preceding allegations are incorporated as though set forth fully herein.

43.     Under the Agreement, in exchange for Arrow forbearing from legal action to recover on DragonWave-X's past-due payments, DragonWave-X and ComSovereign agreed to pay Arrow a total of $654,456.10 over thirteen installments.

44.     DragonWave-X and ComSovereign agreed that, if they did not satisfy their

obligations under the Agreement, Arrow was entitled to collect from them the $654,456.10, less any payments Arrow received under the Agreement.

45.     DragonWave-X and ComSovereign also agreed that, if they failed to satisfy their obligations, Arrow was entitled to interest on the unpaid principal at a rate of 18% per year from the date of initial default in December 2018, plus reasonable attorneys' fees and costs.

46.     Arrow forbore from taking legal action against DragonWave-X and ComSovereign, but DragonWave-X and ComSovereign have failed to make payments as required by the Agreement.

47.     DragonWave-X and ComSovereign owe Arrow $605,456.10 in principal pursuant to the Agreement.

48.     As of January 2020, DragonWave-X and ComSovereign's unpaid principal has accrued approximately $118,000.00 in interest from the initial December 13, 2018 default.

49.     Arrow also has incurred approximately $10,000.00 in attorneys' fees and costs to date.

50.     As of January 2020, DragonWave-X and ComSovereign owe Arrow at least $733,000.00 in principal, contractual interest, and attorneys' fees and costs.

51.      Based on the foregoing, Arrow is entitled to damages for DragonWave-X and ComSovereign's breach of contract in the approximate amount of $733,000.00, plus further accrued interest, attorneys' fees, and costs.

## SECOND CLAIM FOR RELIEF
### (In the Alternative to Claim One, Account Stated)

52.     The preceding allegations are incorporated as though set forth fully herein.

53.     DragonWave-X obtained from Arrow $124,706.10 in merchandise, ordered and

8

agreed to pay for NCNR Merchandise worth $519,750.00, and agreed to pay $10,000.00 for accrued interest charges, carrying costs, and fees.

54.     Between November 2019 and January 2020, Arrow sent DragonWave-X and ComSovereign the Agreement setting forth the outstanding balance on DragonWave-X and ComSovereign's account, sent them follow-up emails concerning the account, and, in December 2019, sent a demand for payment on DragonWave-X and ComSovereign's account.

55.     DragonWave-X and ComSovereign never disputed the amount Arrow said was due.  To the contrary, DragonWave-X and ComSovereign executed the Agreement, and their agents—both before and after the Merger—repeatedly acknowledged their indebtedness to Arrow.  Indeed, ComSovereign made partial payment of $50,000.00 on its outstanding balance, and represented that additional payments were forthcoming.

56.     However, DragonWave-X and ComSovereign still have not paid the stated amount of their account with Arrow, even after acknowledging its validity.

57.     By accepting Arrow's account summaries and affirming their validity, DragonWave-X and ComSovereign assented to Arrow's statement of the account between the parties and thereby agreed that the stated balance was due and owing.

58.     Accordingly, Arrow seeks to enforce the outstanding stated account of $605,456.10, plus applicable interest, attorneys' fees, and costs.

## THIRD CLAIM FOR RELIEF
### (Declaratory Judgment)

59.     The preceding allegations are incorporated as though set forth fully herein.

60.     DragonWave-X and ComSovereign agreed in Paragraph 7 of the Agreement that, if they defaulted on their obligations under the Agreement, Arrow was relieved of any

obligations to deliver the NCNR Merchandise that DragonWave-X ordered, and was entitled to dispose of that merchandise as it saw fit.

61.     By failing to tender payments due to Arrow under the Agreement, DragonWave-X and ComSovereign defaulted on their obligations under the Agreement and failed to cure within the agree time period after receiving written notice.

62.     By reason of the foregoing, and pursuant to 28 U.S.C. § 2201 and Paragraph 7 of the Agreement, Arrow seeks a declaratory judgment that Arrow is relieved of any obligations to deliver the NCNR Merchandise that DragonWave-X ordered, and is entitled to dispose of the NCNR Merchandise as it sees fit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Arrow Electronics, Inc, respectfully requests that the Court enter judgment in its favor and against Defendants Dragonwave-X, LLC and ComSovereign Holding Corp. f/k/a ComSovereign Corp. and grant relief as follows:

a)   On its First Claim for Relief, awarding damages in favor of Arrow in the approximate amount of $733,000.00, plus further accrued contractual interest, attorneys' fees, and costs.

b)   In the alternative, on its Second Claim for Relief, awarding damages in favor of Arrow in the approximate amount of $605,456.10, plus applicable interest, fees, and costs.

c)   On its Third Claim for Relief, under 28 U.S.C. § 2201 and Paragraph 7 of the Agreement, entering a declaratory judgment that Arrow is relieved of any obligations to deliver the NCNR Merchandise that DragonWave-X ordered, and is

entitled to dispose of that merchandise as it sees fit.

    d)   Such other and further relief as the Court deems just and proper.

## DEMAND FOR TRIAL

Arrow hereby demands a trial by jury of all issues so triable.

Dated:  January 17, 2020

Respectfully submitted,

*s/ Paul D. Swanson*
Paul D. Swanson
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261
pdswanson@hollandhart.com

*Attorneys for Arrow Electronics, Inc.*

Plaintiff's Address:
9201 East Dry Creek Road
Englewood, Colorado 80112