IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00149-DDD-NRN

ARROW ELECTRONICS, INC.,

      Plaintiff,

v.

DRAGONWAVE-X, LLC and COMSOVEREIGN HOLDING CORP., f/k/a COMSOVEREIGN CORP.,

      Defendant.

## AMENDED FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order Granting Motion for Consent Judgment by Judge Daniel D. Domenico (**Doc. #28)** filed on June 15, 2020 it is

ORDERED that judgment is entered in favor of Arrow and against DWX in the amount of $503,500.00 in accordance with Doc. #28.

ORDERED that costs are awarded to the plaintiff and against the defendant upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

DATED this 15th day of June, 2020.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    s/Patricia Glover
                                    Deputy Clerk